

# Your Missouri Courts

Search for Cases by: Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  **Print**          GrantedPublicAccess   Logoff MJBUTTERFIELD

**20AB-CC00056 - COURTNEY ROBERTS ET AL V U.S. SILICA COMPAN ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**          Sort Date Entries: ● Descending   ○ Ascending        Display Options: All Entries
Click here to Respond to Selected Documents

---

**03/24/2020**   ☐ **Notice of Service**
   20-SMCC-142; Electronic Filing Certificate of Service.

**03/13/2020**   ☐ **Agent Served**
   Document ID - 20-SMCC-142; Served To - U.S. SILICA COMPANY; Server - ; Served Date - 11-MAR-20; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - LCW-B.LOVE INTAKE SPECIALIST
   Associated Entries: 02/26/2020 - **Summons Issued-Circuit**   ⊞

   ☐ **Notice of Service**
   20-SMCC-142; Electronic Filing Certificate of Service.

**02/26/2020**   ☐ **Summons Issued-Circuit**
   Document ID: 20-SMCC-143, for DOE, JOHN.

   ☐ **Summons Issued-Circuit**
   Document ID: 20-SMCC-142, for U.S. SILICA COMPANY.
   Associated Entries: 03/13/2020 - **Agent Served**   ⊞

**02/24/2020**   ☐ Filing Info Sheet eFiling
   **Filed By:** GEORGE J MILLER

   ☐ **Pet Filed in Circuit Ct**
   Petition.
   **On Behalf Of:** COURTNEY A ROBERTS, SAMANTHA K ROBERTS

   ☐ Judge Assigned

---

Case.net Version 5.14.0.17          Return to Top of Page          Released 11/25/2019

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

| | |
|---|---|
| COURTNEY ALEX ROBERTS AND SAMANTHA ROBERTS, )<br>)<br>Plaintiffs, )<br>)<br>-vs- )<br>)<br>U.S. SILICA COMPANY, )<br>Serve: Registered Agent )<br>      C.T. Corporation System )<br>      120 South Central Avenue )<br>      Clayton, MO 63105 )<br>)<br>AND )<br>)<br>JOHN DOE, )<br>(a Missouri Citizen and Resident), )<br>)<br>)<br>Defendants. ) | Cause No.<br><br>Division No.<br><br>***Plaintiffs Demand Trial By Jury***<br><br>Personal Injury |

## **PETITION**

### **COUNT I**

Come now Plaintiff, Courtney Alex Roberts, and for Count I of his cause of action against Defendant U.S. Silica Company, states as follows:

1. That Plaintiff, Courtney Alex Roberts, at the time of the cause of action herein referred to, and now, was and is a resident of the County of St. Louis, State of Missouri.

2. That Defendant U.S. Silica Company is and was a Delaware corporation, licensed to and doing business in the County of Franklin, State of Missouri, with its registered agent being C.T. Corporation System, Clayton, Missouri 63105, and said

1

defendant does conduct business in the City of Pacific, Missouri and elsewhere in said State.

3. That the Defendant, presently designated as *John Doe*, is a person whose name is presently unknown to this plaintiff and, who at all times hereinafter mentioned, is and was a resident and citizen of the State of Missouri. That said *John Doe* is and was, at all hereinafter mentioned, acting individually, and as the servant agent and employee of Defendant U.S. Silica Company.

4. That at all times herein mentioned Defendant U.S. Silica Company was acting by and through its servants, agents and employees.

5. That the cause of action alleged herein occurred in Franklin County, Missouri and, therefore, venue is proper in said county.

6. That Plaintiff Courtney Alex Roberts in the course and scope of his duties as an employee of Acme Constructors, Inc. was required to undertake certain maintenance on a silica ball machine that was owned, operated and maintained by Defendant U.S. Silica Company, which was located on defendant's premises in Pacific, Missouri, and which necessitated that he enter into said machine for the purpose of said maintenance.

7. That Defendant U.S. Silica company knew, and in fact intended, that service personnel such as plaintiff should and would enter said silica ball machine for the purpose of maintenance on said silica ball machine and hence plaintiff's entering and remaining in said silica ball machine was in a manner expected and intended by Defendant U.S. Silica Company and in fact fully foreseeable by said Defendant U.S. Silica Company.

2

8. That on May 19, 2018 Plaintiff Courtney Alex Roberts, while in the course and scope of his employment with Acme Constructors, Inc. did enter said silica ball machine to undertake his assigned work and that while performing the appropriate and necessary maintenance said silica ball machine did suddenly and unexpectedly and without warning rotate resulting in his falling downward with heavy stones and other materials falling upon his body from above and proximately causing said plaintiff to sustain serious and permanent injuries, as set out more fully hereinafter, all due to the carelessness and negligence of defendants.

9. That at all times herein referred to Defendant John Doe named herein was acting within his own individual capacity and also as the agent, servant and employee of the herein named defendant corporation, U.S. Silica Company.

10. That on or about May 1, 2018 Plaintiff Courtney Alex Roberts, while in the course and scope of his employment with Acme Constructors, Inc. was performing his work at Defendant U.S. Silica Company's facility in Pacific, Missouri, when he was caused to sustain injury to his body as a result of the negligence and careless of Defendant U.S. Silica Company and Defendant John Doe herein named, in the following respects including, but not limited to the following:

   A. The #7 Grinding Mill could not be blocked against motion due to a hydraulic mill jack system being in misrepair.

   B. The mill jack of #7 Grinding Mill was not properly installed to contact the mill shell in that the hydraulics lost pressure to the jack allowing the shell to move freely.

Electronically Filed - Franklin County - February 24, 2020 - 04:13 PM

    C. Failure to properly inspect, maintain and repair the #7 Grinding Mill and the grinding mill block system, including the mill jack.

    D. Failure to warn of the #7 Grinding Mill's defective condtion.

    E. Failure to barricade the #7 Grinding Mill.

11. That as a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff Courtney Alex Roberts sustained serious and catastrophic injuries including, but not limited to, the following:

- Strain of neck muscles
- Thoracic myofascial strain of the muscles and tendons
- Lumbar strain of muscles, fascia and tendon
- Left shoulder strain
- Right shoulder recurrent labral tear and a joint sprain; strain of muscle, fascia and tendons
- Groin strain
- Psychological stress/depression
- Acute right hip pain/strain of abductor muscles, fascia and tendons
- Acetabular labral tear
- Femoral acetabular impingement
- Hesitancy of micturition
- Male erectile disorder
- Urinary issues
- Nausea
- Dynamic balance difficulties and impairment of balance
- Post-traumatic disorder
- Anxiety disorder
- Visual disturbance
- Photo phobia
- Diplopia (Double Vision)
- Light sensitivity
- Oscillopsia (still objects appear shaky)
- Irregular depth perception
- Lack of peripheral vision
- Headaches
- Left shoulder impingement
- Dizziness
- Cognitive issues
- Loss of Memory
- Bi-lateral shoulder pain with weakness, numbness and tingling

4

- Brain concussion without loss of consciousness
- Right thigh injury
- Bi-lateral numbness and tingling of both legs
- Left ankle/foot pain
- Crush injury to body
- Chest pain

That plaintiff has suffered and will suffer past and future pain and permanent disability; that he has been required to undergo hospitalization and medical treatment and will in the future be required to have further medical care and treatment; that all of said injuries and the effects thereof are serious, permanent and progressive and the function and use of said injured bodily parts have been seriously and permanently impaired, weakened and rendered painful; that plaintiff's ability to work and enjoy the pleasures of life have been lessened, weakened and diminished.

12. That as a direct and proximate result of said occurrence and injuries sustained by Plaintiff Courtney Alex Roberts, said plaintiff was caused to incur travel and medical expenses for medicines, doctors, x-rays, medical institutions and prescriptions, in the approximate sum of $100,000.00, and will continue to incur said expenses in the future, the amount of which cannot be definitely ascertained at this time.

13. That as a direct and proximate result of said occurrence and injuries sustained by Plaintiff Courtney Alex Roberts, he was caused to lose wages and wage benefits in the sum of approximately One Hundred Thousand Dollars ($100,000.00), and will lose additional wages and benefits in the future the amount of which cannot now be ascertained.

WHEREFORE, Plaintiff Courtney Alex Roberts prays judgment against Defendants U.S. Silica Company and John Doe, in Count I of Plaintiffs' Petition in an

5

amount in excess of Twenty-Five Thousand Dollars ($25,000.00) and for his costs expended herein, and for such other and further relief as the Court deems just and proper under the circumstances

## COUNT II

Comes now Plaintiff, Samantha Roberts, and for Count II of plaintiffs' cause of action against Defendants U.S. Silica Company and John Doe states and alleges as follows:

1. That at all times herein mentioned Plaintiff Samantha Roberts was the lawfully wedded wife of Courtney Alex Roberts and was at all times living and cohabiting with said Courtney Alex Roberts as his wife.

2. That said Plaintiff Samantha Roberts realleges and reaffirms each and every allegation contained in Count I of this Petition as fully as if set out herein.

3. Plaintiff Samantha Roberts further states that as a direct and proximate result of the aforesaid occurrence and injuries to Courtney Alex Roberts, she lost the services, society, association, consortium, love, and affection of her said husband, Courtney Alex Roberts; that she suffered on account of the inability of her said husband to have and enjoy the ordinary and customary use of his body and other vital parts and organs of his body; that she was denied the care, protection, consideration, companionship, aid, and society of her husband which he would have rendered to her had such injuries not occurred; that she was denied the pleasure and assistance of her said husband in escorting her and in visiting friends and relatives and was compelled to forego same; that she was required to perform many of the tasks, duties and chores of

6

her said husband, and to expend much time in caring for him and his needs; all as a direct and proximate result of the aforesaid negligence and carelessness of defendant.

4.      That by reason of the above Plaintiff Samantha Roberts has been damaged in the sum of an amount in excess of Twenty-Five Thousand Dollars ($25,000.00).

WHEREFORE, by reason of the premises Plaintiff Samantha Roberts prays judgment against Defendants U.S. Silica Company and John Doe in Count II of Plaintiffs' Petition in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended and for such other and further relief as to this Court may seem just and proper under the circumstances.

THE MILLER/SALSBURY LAW FIRM

_____/s/____*George J. Miller*_____
George J. Miller - #19147
Attorney for Plaintiffs
925 W. 5th Street
Eureka, MO  63025
Fx:     636-938-6327
Tx:     636-938-9877
gls@millersalsbury.com



# IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>I I LAMKE | Case Number: 20AB-CC00056 |
|---|---|
| Plaintiff/Petitioner:<br>COURTNEY A ROBERTS | Plaintiff's/Petitioner's Attorney/Address<br>GEORGE J MILLER<br>THE MILLER SALSBURY LAW FIRM<br>925 W 5TH ST<br>EUREKA, MO  63025-1175 |
| vs. | |
| Defendant/Respondent:<br> U.S. SILICA COMPANY | Court Address:<br>401 E MAIN ST<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** JOHN DOE
**Alias:**

U.S. SILICA
819 E. OSAGE STREET
PACIFIC, MO  63069

COURT SEAL OF
FRANKLIN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_2-26-2020_                                  _Bill D. Miller_              by: bjb, Deputy Clerk
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return
**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                                    _____
Printed Name of Sheriff or Server                         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____    _____
                        Date                         Notary Public

**Sheriff's Fees, if applicable**
Summons                                $_____
Non Est                                $_____
Sheriff's Deputy Salary
Supplemental Surcharge                 $_____10.00_____
Mileage                                $_____ (_____ miles @ $._____ per mile)
**Total**                              $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>I I LAMKE | Case Number:  20AB-CC00056 |
|---|---|
| Plaintiff/Petitioner:<br>COURTNEY A ROBERTS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GEORGE J MILLER<br>THE MILLER SALSBURY LAW FIRM<br>925 W 5TH ST<br>EUREKA, MO  63025-1175 |
| Defendant/Respondent:<br> U.S. SILICA COMPANY | Court Address:<br>401 E MAIN ST<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** U.S. SILICA COMPANY
     **Alias:**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO  63105**

*COURT SEAL OF*

*FRANKLIN COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____2-26-2020_____         _____*Bill D. Miller*_____         _____*by: bjb, Deputy Clerk*_____
           Date                                       Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
        Subscribed and sworn to before me on _____ (date).
(Seal)
        My commission expires: _____         _____
                                                              Date                              Notary Public

**Sheriff's Fees, if applicable**
Summons                                        $_____
Non Est                                            $_____
Sheriff's Deputy Salary
Supplemental Surcharge        $____10.00____
Mileage                                           $_____ (_____ miles @ $._____ per mile)
**Total**                                            $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Return
SB 3/27



## IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>I I LAMKE | Case Number: 20AB-CC00056 |
|---|---|
| Plaintiff/Petitioner:<br>COURTNEY A ROBERTS | Plaintiff's/Petitioner's Attorney/Address<br>GEORGE J MILLER<br>THE MILLER SALSBURY LAW FIRM<br>925 W 5TH ST<br>EUREKA, MO  63025-1175 |
| vs. | 19147 |
| Defendant/Respondent:<br>U.S. SILICA COMPANY | Court Address:<br>401 E MAIN ST<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: U.S. SILICA COMPANY
Alias: CT corp via letter
120 SOUTH CENTRAL AVENUE   30
CLAYTON, MO  63105   CTCOR w

COURT SEAL OF
FRANKLIN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

 2-26-2020                               Bill D. Miller                    by: bjb, Deputy Clerk
    Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
LCW – B. LOVE _____ (name) INTAKE SPECIALIST _____ (title).
☐ other: _____.

Served at  CT CORPORATION  (address)
in  St. Louis County  (County/City of St. Louis), MO, on  MAR 1 1 2020  (date) at  9 A.M.  (time).

LEISINGER
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____   _____
                           Date              Notary Public

MAR 02 2020
2020 MAR -2 [RECEIVED] ST. LOUIS COUNTY SHERIFF 10:23

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                               $_____
Sheriff's Deputy Salary
Supplemental Surcharge                $   10.00
Mileage                               $_____  (_____ miles @ $._____ per mile)
Total                                 $_____

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

GJM
3/8/20

20-SMCC-2174

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-142    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05,
                                                                                     54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

LCSW – B. LOVE INTAKE SPECIALIST

CT CORPORATION

MAR 11 2020 9 A.M.



# THE MILLER/SALSBURY LAW FIRM

ATTORNEYS AT LAW

925 WEST FIFTH STREET
(I-44 NORTH OUTER ROAD)
ST. LOUIS COUNTY
EUREKA, MISSOURI 63025
(636) 938-9877
FAX: (636) 938-6327

February 27, 2020

Sheriff of St. Louis County
Attn: Civil Process
7900 Carondelet Avenue
Clayton, MO 63105

    In re:  Courtney Roberts, et al v. U.S. Silica Co., et al
           Cause No. 20AB-CC00056

Dear Sir or Madam :

Enclosed please find the following:

1. Summons and Petition.
2. Miller/Salsbury Law Firm Operating Check in the sum of $36.00.

Please serve the enclosed suit papers on Defendant U.S. Silica Company by serving its Registered Agent at:

        C.T. Corporation
        120 S. Central Avenue
        Clayton, MO 63105

Very truly yours,

*George J. Miller*

George J. Miller

GJM:gls
Enclosures

Return
SB 3/27



# IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>I I LAMKE | Case Number: 20AB-CC00056 |
|---|---|
| Plaintiff/Petitioner:<br>COURTNEY A ROBERTS | Plaintiff's/Petitioner's Attorney/Address<br>GEORGE J MILLER<br>THE MILLER SALSBURY LAW FIRM<br>925 W 5TH ST<br>EUREKA, MO  63025-1175 |
| vs. | |
| Defendant/Respondent:<br>U.S. SILICA COMPANY | Court Address:<br>401 E MAIN ST<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Pers Injury-Other | |

19147

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **U.S. SILICA COMPANY**
Alias: CT corp v/s letter
120 SOUTH CENTRAL AVENUE    30
CLAYTON, MO 63105            CT COR w

COURT SEAL OF
FRANKLIN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

2-26-2020                                Bill D. Miller                   by: bjb, Deputy Clerk
_____                           _____
    Date                                       Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
LCW – B. LOVE _____ (name) INTAKE SPECIALIST _____ (title).
☐ other: _____

Served at  CT CORPORATION _____ (address)
in  St. Louis County  (County/City of St. Louis), MO, on  MAR 1 1 2020  (date) at  9 A.M.  (time).

LEISINGER _____         _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                        Date      Notary Public

MAR 02 2020
ST. LOUIS COUNTY SHERIFF'S OFFICE
RECEIVED 2020 MAR -2 AM 10:23

### Sheriff's Fees, if applicable
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

GJM
3/8/20

20-SMCC-2174

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-142    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - Franklin County - March 13, 2020 - 11:26 AM

Electronically Filed - Franklin County - March 13, 2020 - 11:26 AM



# THE MILLER/SALSBURY LAW FIRM

### ATTORNEYS AT LAW

925 WEST FIFTH STREET
(I-44 NORTH OUTER ROAD)
ST. LOUIS COUNTY
EUREKA, MISSOURI 63025
(636) 938-9877
FAX: (636) 938-6327

February 27, 2020

Sheriff of St. Louis County
Attn:  Civil Process
7900 Carondelet Avenue
Clayton, MO  63105

      In re:  Courtney Roberts, et al v. U.S. Silica Co., et al
            Cause No. 20AB-CC00056

Dear Sir or Madam :

Enclosed please find the following:

1. Summons and Petition.
2. Miller/Salsbury Law Firm Operating Check in the sum of $36.00.

Please serve the enclosed suit papers on Defendant U.S. Silica Company by serving its Registered Agent at:

      C.T. Corporation
      120 S. Central Avenue
      Clayton, MO  63105

Very truly yours,

*George J. Miller*

George J. Miller

GJM:gls
Enclosures

Case: 4:20-cv-00514  Doc. #: 1-1  Filed: 04/10/20  Page: 17 of 19 PageID #: 26

*Refusal SB 3/27*



# IN THE 20TH JUDICIAL CIRCUIT, FRANKLIN COUNTY, MISSOURI

| Judge or Division: | Case Number: 20AB-CC00056 |
|---|---|
| I I LAMKE | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| COURTNEY A ROBERTS | GEORGE J MILLER |
| | THE MILLER SALSBURY LAW FIRM |
| | 925 W 5TH ST |
| vs. | EUREKA, MO 63025-1175 |
| Defendant/Respondent: | Court Address: |
| U.S. SILICA COMPANY | 401 E MAIN ST |
| | UNION, MO 63084 |
| Nature of Suit: | |
| CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: U.S. SILICA COMPANY
Alias: 30 CTCOR VW

120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

COURT SEAL OF FRANKLIN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

2-26-2020 _____ Bill D. Miller _____ by: bjb, Deputy Clerk
Date                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
LCW – B. LOVE _____ (name) INTAKE SPECIALIST _____ (title).
☐ other: _____

Served at  CT CORPORATION _____ (address)
in  St. Louis County  (County/City of St. Louis), MO, on  MAR 19 2020  (date) at  9 A.M.  (time).

Nathan Gentry _____     _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____   _____
                        Date              Notary Public

MAR 12 2020

ST. LOUIS COUNTY SHERIFF'S OFFICE
2020 MAR 24 PM 2:06 RECEIVED

## Sheriff's Fees, if applicable

| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

20-SMCC-2468

3/11/20

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-142   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - Franklin County - March 24, 2020 - 02:34 PM

INTAKE SPECIALIST

MAR 19 2020

9 A.M.

LCW – B. LOVE

CT CORPORATION
St. Louis County



# THE MILLER/SALSBURY LAW FIRM

ATTORNEYS AT LAW

925 WEST FIFTH STREET
(I-44 NORTH OUTER ROAD)
ST. LOUIS COUNTY
EUREKA, MISSOURI 63025
(636) 938-9877
FAX: (636) 938-6327

March 10, 2020

Sheriff of St. Louis County
Attn: Civil Process
7900 Carondelet Avenue
Clayton, MO  63105

RE:   Courtney A. Roberts v. U.S. Silica Company
      Franklin County Circuit Court – Cause No. 20AB-CC00056

Dear Sir or Madam:

Enclosed please find the following:

1. Summons and Petition.

2. Fee for Service of Process ($36.00).

Please serve the enclosed documents on the defendant's Registered Agent:

**C.T. Corporation System
120 South Central Avenue
Clayton, MO  63105.**

If you require additional funds or any further information, please advise.

Very truly yours,

*George J. Miller*

George J. Miller

GJM:gls
Enclosures